429 A.2d 746

Zitin, Appellant v. Lipschitz.

618

Argued March 17, 1980. Martin Heller, for appellant; Francis P. Devine, for appellee.

Before HESTER, WICKERSHAM and HOFFMAN, JJ.

Order affirmed.